UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| CARREEN KEENA COLLINS | §   Case No. 14-36254 |
| | § |
| | §   Chapter 7 |
| Debtor | § |

**TRUSTEE'S AGREED MOTION TO SELL PROPERTY SUBJECT
TO ALL LIENS, CLAIMS OR ENCUMBRANCES**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

To the Honorable United States Bankruptcy Judge:

The Motion of Eva S. Engelhart, Chapter 7 Trustee, who is the duly qualified and acting Trustee in this case, respectfully represents:

1.  Whereas the Trustee has received an offer from the Debtor to purchase the property of the estate, consisting of a Real Estate & You Sale and Purchase Promissory Note (the "Note") for the total amount of $16,000.00.  Terms of sale are all cash to be paid on or before February 1, 2015 by cashier's check to the Trustee.

2.  The asset was listed by the Debtor in the Debtor's Chapter 7 Bankruptcy Schedule B for $25,514.00 of which $19,764.00 is not exempt.

3. The sale of the Note to the Debtor will bring monetary benefit for the estate as marketing and selling to a third party will not be cost efficient based on the value of the Note as there is less than one (1) year left to pay on it.  Based on the above, the Trustee finds the sale price to be fair and equitable and the sale is in the best interest of the bankruptcy estate and its creditors.

4. The Trustee is authorized to take all necessary steps to consummate this sale and execute the necessary documents and take other actions contemplated herein.

Wherefore, premises considered, the Trustee requests that the motion be granted and for further relief to which Trustee may be entitled.

Dated this 15th day of January, 2015.

        Respectfully submitted,

        ROSS, BANKS, MAY, CRON & CAVIN, P.C.
        ATTORNEYS FOR PLAINTIFF


        BY: /s/: Eva S. Engelhart
            Eva S. Engelhart
            Texas State Bar No. 00796513
            Chapter 7 Trustee
            2 Riverway, Suite 700
            Houston, Texas  77056-1918
            (713) 626-1200 (Phone)
            (713) 623-6014 (Fax)


        AGREED:


        BY: /s/: Russell Van Beustring
            Russell Van Beustring
            Russell Van Beustring, P.C.
            9525 Katy Freeway, Suite 415
            Houston, TX 77024

        ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on the 15th day of January, 20115.

              /s/ Eva S. Engelhart
              Eva S. Engelhart